AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ISAAC WESTBURY<br>AARON JAMES<br>ROBERT WESTBURY<br><br>*Defendants* | ) Case: 1:21-cr-00605<br>) Assigned to: Judge Contreras, Rudolph<br>) Assign Date: 9/29/2021<br>) Description: INDICTMENT (B)<br>) Related Case No: 21-cr-00371 (RC) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Isaac Westbury                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Civil Disorder (18 U.S.C. § 231(a)(3)), Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon(18 U.S.C. § 111(a)(1) and (b)), Entering and Remaining in a Restricted  Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(1) and (b)(1)(A)), Disorderly and Disruptive Conduct in a  Restricted Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(2) and (b)(1)(A)), Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon(18 U.S.C. § 1752(a)(4) and (b)(1)(A)), Disorderly Conduct in a Capitol Building(40 U.S.C. § 5104(e)(2)(D)), Act of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(F), Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)).

Date:   09/29/2021

City and state:   Washington, D.C.

Zia M. Faruqui
2021.09.29 18:10:34 -04'00'

*Issuing officer's signature*

United States Magistrate Judge Zia M. Faruqui
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/29/21 , and the person was arrested on *(date)* 10/4/21
at *(city and state)* Lindstrom, MN .

Date: 10/4/21

*Arresting officer's signature*

Lawren A. Anderson, Special Agent FBI
*Printed name and title*