IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | No. 21-cr-00605-RC |
| | : | |
| **isaac westbury,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance, *nunc pro tunc,* to October 12, 2021 on behalf of the Defendant, Isaac Westbury, in the above-captioned criminal cause.

Respectfully Submitted,

_____-*S*-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2021, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg