# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-0605 (RC) |
| | : | |
| JONAH WESTBURY, | : | Re Document No.:   34 |
| | : | |
| Defendant. | : | |

# ORDER

### GRANTING UNITED STATES' UNOPPOSED MOTION FOR RULE 44 INQUIRY

Before the Court is the United States' Unopposed Motion for a Rule 44 Inquiry (ECF No. 33). For the reasons set forth therein, it is hereby **ORDERED** that Barry Coburn is appointed as a conflict attorney for the limited purpose of advising the defendants, Jonah Westbury, Isaac Westbury, Robert Westbury, and Aaron Jones, in criminal cases 21-cr-371 and 21-cr-605, whether joint counsel John Pierce's representation of all of these defendants creates a conflict between any of them and Mr. Pierce and, if so, whether the conflict can be waived by any or all of the defendants. It is **FURTHER ORDERED** that Barry Coburn is authorized to have direct communication with defendants Jonah Westbury, Isaac Westbury, Robert Westbury and Aaron James, who are all represented by Mr. Pierce, regarding matters in which they are represented to determine whether a conflict exists between any of these defendants and their counsel. Barry Coburn shall file a status report to the Court by February 24, 2022 proposing a schedule to complete the conflicts evaluation and to prepare a written report and recommendation to the Court advising the Court of his analysis of any current or potential conflict.

**SO ORDERED**.

Dated: 01/27/2022

RUDOLPH CONTRERAS
United States District Judge