# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 1:21-CR-605-RC |
| ISAAC WESTBURY, et al., : | |
| : | |
| Defendant. : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Cytheria D. Jernigan is entering her appearance in the above-captioned matter as counsel for the United States. Trial Attorney Jordan A. Konig. and Assistant United States Attorney Christopher M. Cook will also remain as counsel of record.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(318) 676-3611 (v)
(318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 10th day of April 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney