UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-371 (RC) |
| JONAH WESTBURY, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:21-CR-605 (RC) |
| ISAAC WESTBURY, | : | |
| AARON JAMES, and | : | |
| ROBERT WESTBURY, | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry order dated March 24, 2023, the United States and defendants Jonah Westbury, Isaac Westbury, Aaron James, and Robert Westbury provide the following status report:

a.   Status of Plea Offers

All outstanding plea offers have expired.

b.   Speedy Trial Act

The next status conference is scheduled for June 1, 2023 at 11:00 AM. At the March 24, 2023 status conference, the Court excluded the time between March 24, 2023 and June 1, 2023 from calculation under the Speedy Trial Act, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1) & (7)(A). The Court found that the ends of justice served by the granting of such

1

continuance outweigh the best interests of the public and the defendants in a speedy trial, for reasons including that defendants and their counsel have sufficient time to review the discovery in this case and fully prepare for trial.

    c.    <u>Proposed Pre-Trial Schedule</u>

Any motions to dismiss or suppress statements or tangible things shall be filed on or before **July 31, 2023**. Opposition and replies shall be due within 14 and 7 days, respectively. The Court will schedule a hearing on the motion(s) as necessary.

The parties agree that the Court should set a pre-trial schedule as follows:

Pretrial motions *in limine* due: 45 days before trial
Responses due:  30 days before trial
Replies due: 21 days before trial

Pretrial conference: 7 days before trial
Joint Statement of the Case: 14 days before trial
Joint Proposed Jury Instructions: 7 days before trial
*Brady* and *Giglio* deadline: 21 days before trial
Exchange of Exhibit Lists: 21 days before trial
Objections to Proposed Exhibits: 14 days before trial
Government Witness List: 7 days before trial
Expert Witness Disclosure (all parties):  45 days before trial

    d.    <u>Outstanding Discovery Issues</u>

There are no discovery issues that currently require resolution by the Court.

    e.    <u>Trial</u>

The parties believe that this case will require a jury trial that may take up to five days.  The parties propose trial to commence on **December 11, 2023.**

f.   <u>Issues Requiring Special Attention</u>

There are no issues that currently require the Court's attention.

Respectfully submitted,

| MATTHEW M. GRAVES | ISAAC WESTBURY, AARON JAMES |
| United States Attorney | and ROBERT WESTBURY |
| DC Bar No. 481052 | Defendants |

*/s/ Cytheria D. Jernigan*  /s/
CYTHERIA D. JERNIGAN   JOHN M. PIERCE
Assistant U.S. Attorney, DC Bar No. 494742   John Pierce LAW P.C.
U.S. Attorney's Office WDLA   21550 Oxnard Street, 3rd Floor, PMB 172
Detailed to the U.S. Attorney's Office   Woodland Hills, CA  91367
For the District of Columbia   (213) 279-7846
601 D. Street, N.W.   jpierce@johnpiercelaw.com
Washington, D.C.  20001   *Attorney for Defendant Isaac Westbury,*
(318) 676-3611 (v) / (318) 676-3663 (f)   *Aaron James, and Robert Westbury*
Cytheria.Jernigan@usdoj.gov