UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA                    :

                                            :

v.                                          : Case No. 1:21-cr-605(2) (RC)

                                            :

The Westburys                               :

Defendants.                                 :


**DEFENDANTS STIPULATED MOTION TO CONTINUE DUE DATE FOR JOINT PRE-TRIAL REPORT AND FILINGS UNTIL JANUARY 16**

COMES NOW THE DEFENDANTS, Aaron James, Robert Westbury, Isaac

Westbury, and Jonah Westbury with this stipulated motion to postpone the filing

deadline of the parties' joint pretrial report, proposed jury instructions and other

pretrial filings until January 16.

The United States has indicated it intends to seek a superseding indictment

in this case next week.  Additionally, the defense team are all traveling in Florida

due to the undersigned counsel's wedding.


 Dated: January 8, 2024                                    Respectfully Submitted,

                                                        _/s/ John M. Pierce_
                                                           John M. Pierce
                                                          21550 Oxnard Street
                                                          3rd Floor, PMB #172
                                                        Woodland Hills, CA 91367
                                                          Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, January 8, 2024, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


/s/ John M. Pierce
John M. Pierce