UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| **ISAAC WESTBURY,** | : | |
| **AARON JAMES,** | : | |
| **ROBERT WESTBURY, and** | : | |
| **JONAH WESTBURY,** | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' PRETRIAL STATEMENT

Pursuant to this Court's Pretrial Scheduling Order of June 26, 2023, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia and undersigned counsel, submits the following pretrial statement. The Government solicited the defendants' input on the pretrial statement. The defendants, however, only provided objections to portions of the pretrial statement. The Government included those objections as received, which were to the proposed jury instructions. The Government also included the defendants' proposed exhibit list, which the defense counsel characterized as a preliminary draft, and the identity of two informally noticed expert witnesses.

1. **Proposed Statement of The Case**

This is a criminal case, in which the defendants, Isaac Westbury, Aaron James, Robert Westbury, and Jonah Westbury, are charged by Indictment with eleven (11) counts in connection with events that occurred at the United States Capitol on January 6, 2021. Count One charges the defendant Aaron James with civil disorder. Count Two charges the defendants Isaac Westbury and Aaron James with civil disorder. Count Three charges the defendants Isaac Westbury and Aaron James with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with law

enforcement officers with a deadly or dangerous weapon. Count Four charges the defendants Isaac Westbury and Aaron James with entering or remaining in a restricted building or grounds with a deadly or dangerous weapon. Count Five charges defendants Robert Westbury and Jonah Westbury with entering or remaining in a restricted building or grounds. Count Six charges the defendants Isaac Westbury and Aaron James with disorderly or disruptive conduct in a restricted building or grounds with a deadly or dangerous weapon. Count Seven charges defendants Robert Westbury and Jonah Westbury with disorderly or disruptive conduct in a restricted building or grounds. Count Eight charges defendants Isaac Westbury and Aaron James with engaging in physical violence in a restricted building or grounds with a deadly or dangerous weapon. Count Nine charges each defendant with disorderly and disruptive conduct on Capitol Grounds. Count Ten charges defendants Isaac Westbury and Aaron James with engaging in an act of physical violence within Capitol Grounds. Finally, Count Eleven charges each defendant with parading, demonstrating, or picketing in a Capitol Building.

Isaac Westbury, Aaron James, Robert Westbury, and Jonah Westbury, who are presumed innocent, deny the allegations contained in the Second Superseding Indictment, have entered a plea of not guilty to all charges and have requested a jury trial.

2. The parties estimate trial is anticipated to last seven days including jury selection.
3. The Government does not intend to call any expert witnesses at trial. The Government's witness list will, however, include two members of the FBI's CART (Computer Analysis Response Team) who conducted extractions of the devices seized in this case (i.e., cellphones). The defendants informally indicated an intent to call Steven Hill as a use of force expert witness. The defendants also informally indicated an intent to call Norbert Michael as an expert witness in the area of economics. Pursuant to Federal

Rules of Evidence 702, 703, and 705 as well as Federal Rule of Criminal Procedure 16, the Government objects to the introduction of testimony and evidence from either prospective defense expert witness. The defense's expert notice did not provide an expert report containing the opinions or the bases for the opinions of Mr. Hill or Mr. Michael and is insufficient under the requirements for Fed. R. Crim. P. 16. This rule now requires disclosure of a *complete statement* of its expert testimony and a listing of expert qualifications, including the expert's publications going back ten years and prior cases in which the expert has testified going back four years. Fed. R. Crim. P. 16(b)(1)(C)(i)-(iii). *See e.g., United States v. Coffee*, No. 1:21-cr-0327 (ECF Entry dated 01/17/2024)(granting Motion to Exclude Expert Testimony of Steven Hill and Linda Cortez).

4. The following motions *in limine* remain pending before the Court:

   a. United States Motion *in Limine* re Security Topics (ECF No. 106)

   b. United States Motion *in Limine* re Capitol Police Cameras (ECF No. 107)

   c. United States Motion *in Limine* to Preclude Improper Defense Arguments (ECF No. 108)

   d. United States Motion *in Limine* to Admit Certain Statutes and Records (ECF No. 109)

   e. United States Motion in Limine to Admit Certain Videos and Digital Evidence (ECF No. 110)

   f. Defendants' Motion *in Limine* to Preclude Raindrop Theory (ECF No. 114)

       i. United States Reply Memorandum in Opposition (ECF No. 116)

   g. Defendants' Motion *in Limine* to Preclude Discussion of Signage (ECF No.

115)

      i. United States Reply Memorandum in Opposition (ECF No. 118)

5. The following motions to dismiss remain pending before the Court:

   a. Defendants' Motion to Dismiss Counts 2, 3, 5, and 7 (ECF No. 112)

      i. United States Reply Memorandum in Opposition (ECF No. 119)

   b. Defendants' Motion to Dismiss on First Amendment Grounds (ECF No. 113)

      i. United States Reply Memorandum in Opposition (ECF No. 117)

6. The defendants need to be arraigned on the second superseding indictment. (ECF No. 122).

5. **Proposed *Voir Dire***

   a. Please see Exhibit 1 (attached hereto).

6. **Proposed Jury Instructions**

   a. Please see Exhibit 2A [Jointly Proposed Jury Instructions] and 2B [Contested Proposed Jury Instructions] (attached hereto).

7. **List of Prior Convictions**

   a. **Isaac Westbury** – no known convictions to be used for impeachment purposes

   b. **Aaron James** - no known convictions to be used for impeachment purposes

   c. **Robert Westbury** - no known convictions to be used for impeachment purposes

   d. **Jonah Westbury** - no known convictions to be used for impeachment purposes

8. **List of Exhibits**

   a. Please see United States' List (Exhibit 3 attached hereto).

   b. Please see Defendants' Exhibit List (Exhibit 4 attached hereto).

9. **Joint Stipulations of Fact or Exhibits**

    a. The parties were unable to agree on joint stipulations.

10. **Judicial Notice Matters**

    a. The Government respectfully requests the Court take judicial notice of the Legal Authority contained in Government's Proposed Exhibits 1000 through 1007 (Exhibit 5 attached hereto).

11. **Proposed Verdict Forms**

    a. Please see Exhibit 6 (attached hereto).

Dated:  January 22, 2024

                                              Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant U.S. Attorney, DC Bar No. 494742
U.S. Attorney's Office WDLA
Detailed to the U.S. Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, D.C.  20001
(318) 676-3611 (v)
Cytheria.Jernigan@usdoj.gov


*/s/ Andrew S. Haag*
ANDREW S. HAAG
MA Bar No. 705425
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov