UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| ISAAC WESTBURY, | : | |
| AARON JAMES, | : | |
| ROBERT WESTBURY, and | : | |
| JONAH WESTBURY, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' TRIAL EXHIBIT LIST

The United States of America provides this proposed exhibit list for trial, not necessarily in the order in which they will be introduced. The Government has designated "screenshots" from several of the videos listed below that have been included as sub-exhibits in this exhibit list.

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
| --- | --- | --- | --- | --- | --- |
| *OVERVIEW VIDEOS, CAPITOL BUILDING & GROUNDS* | | | | | |
| 001 | U.S. Capitol Police CCV Montage | | | | |
| 002 | U.S. House & Senate Video Montage | | | | |
| 003 | U.S. Capitol Building & Grounds (West Front) Time Lapse Video | | | | |
| 004 | Certification of Congressional Videos | | | | |
| 005 | U.S. Capitol Building & Grounds – Restricted Perimeter Map | | | | |
| 006 | U.S. Capitol Building & Grounds – Aerial View | | | | |
| 007 | U.S. Capitol Building – 3D Map | | | | |
| 007.1 | U.S. Capitol Building – 3D Map (NW Lawn) | | | | |
| 007.2 | U.S. Capitol Building – 3D Map (NW Terrace) | | | | |
| 008 | U.S. Capitol Building – Diagram | | | | |
| 009 | Photographs of Capitol Grounds & USCP "Area Closed" Signs (6) | | | | |
| 009.1 | USCP Area Closed Signs | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 009.2 | USCP Area Closed Signs | | | | |
| 009.3 | USCP Area Closed Signs | | | | |
| 009.4 | USCP Area Closed Signs | | | | |
| 009.5 | USCP Area Closed Sign | | | | |
| 010 | Closure of West Front Police Order | | | | |
| 011 | Ground Closure Announcement | | | | |
| 012 | Area Closed Sign (physical) | | | | |
| 013 | U.S. Capitol Building First Floor Plan | | | | |
| 014 | Safeway Business Records Certification | | | | |
| 015 | Safeway Mid-Atlantic Daily Sales Report January 5-7, 2021 | | | | |
| 016 | Safeway Email dated January 6, 2021 re: DC Closure | | | | |
| 017 | Trump Rally Speech | | | | |
| | *U.S. CAPITOL POLICE CLOSED-CIRCUIT VIDEO* | | | | |
| 100 | Upper Terrace NW from 2:08 pm to 2:12 p.m. | | | | |
| 100A | Still images from Exhibit 100 | | | | |
| 101 | Intentionally left blank | | | | |
| 102 | Northeast Roof from 2:14 p.m. to 2:16 p.m. | | | | |
| 103 | Senate Trolly Stop from 2:16 p.m. to 2:18 p.m. | | | | |
| 104 | Intentionally left blank | | | | |
| 105 | Intentionally left blank | | | | |
| 106 | Upper Senate Door from 2:18 p.m. to 2:21 p.m. | | | | |
| 107 | Senate Carriage Door Exterior from 2:22 p.m. to 2:25 p.m. | | | | |
| 108 | East Roof from 2:24 p.m. to 2:31 p.m. | | | | |
| 109 | NE Roof from 2:25 p.m. to 2:26 p.m. | | | | |
| 110 | NE Roof from 2:30 p.m. to 2:32 p.m. | | | | |
| 111 | CVC Elevator Tower North from 2:31 p.m. to 2:32 p.m. | | | | |
| 112 | Rotunda Door Interior From 2:38 p.m. to 2:52 p.m. | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 112A | Still image from 112 | | | | |
| 113 | Rotunda Lobby East Stairs from 2:39 p.m. to 2:44 p.m. | | | | |
| 113A | Still image from 113 | | | | |
| 114 | Rotunda Door Interior from 2:40 p.m. to 2:52 p.m. | | | | |
| 114A | Still images from 116 | | | | |
| 115 | Rotunda North from 2:40 p.m. to 2:43 p.m. | | | | |
| 116 | Statuary Hall from 2:42 p.m. to 2:44 p.m. | | | | |
| 117 | Statuary Hall Connector from 2:43 p.m. to 2:44 p.m. | | | | |
| 118 | Main Door Hall near H208 from 2:43 p.m. to 2:44 p.m. | | | | |
| 119 | East Stairs near H208 from 2:44 p.m. to 2:45 p.m. | | | | |
| 120 | House Gallery East near H311 from 2:45 p.m. to 2:46 p.m. | | | | |
| 121 | House Gallery NE near H311 from 2:45 p.m. to 2:47 p.m. | | | | |
| 122 | House Gallery NW near H323 from 2:46 p.m. to 2:47 p.m. | | | | |
| 123 | House Gallery West near H323 from 2:46 p.m. to 2:48 p.m. | | | | |
| 124 | West Stairs near H219 from 2:46 p.m. to 2:48 p.m. | | | | |
| 125 | Main Door Hall near H219 from 2:47 p.m. to 2:49 p.m. | | | | |
| 126 | Statuary Hall Connector from 2:48 p.m. to 2:49 p.m. | | | | |
| 127 | Statuary Hall from 2:48 p.m. to 2:50 p.m. | | | | |
| 128 | Rotunda North from 2:49 p.m. to 2:52 p.m. | | | | |
| 129 | Lower W Terrace Door Exterior from 4:17 p.m. to 4:31 p.m. | | | | |
| 129A | Still images from 129 | | | | |
| | | | | | |
| | ***OPEN-SOURCE & THIRD-PARTY VIDEO & IMAGES*** | | | | |
| 200 | Nigrotimes – yt5s.com-Capitol Riots Raw Footage_ ____Journalistic Purposes Only | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 201 | Hacker Joe – NEW VIDEO UPLOADED WITH EXTRA CLIPS | | | | |
| 202 | IMG_1535 | | | | |
| 203 | BGOntheScene | | | | |
| 204 | Los Angeles Times | | | | |
| 205-210 | Intentionally left blank | | | | |
| 211 | Iphone_Nick_DC_20210106_IMG_1235 | | | | |
| 211A | Still images from Exhibit 211 | | | | |
| 212 | ML_DC_20210106_Sony_FS5_Clip0150 | | | | |
| 213 | Ex14. ML_DC_20210106_Sony_FS5_Clip0150 (Assault Video 2) | | | | |
| 213A | Still images from Exhibit 213 | | | | |
| 214 | 1610465780.93-….0JW0 | | | | |
| 215 | Ex 5 – WT unified _message_504624707177901 | | | | |
| 215A | Still images from Exhibit 215 | | | | |
| 216 | 410pm (Assault Video 1) | | | | |
| 216A | Still images from Exhibit 216 | | | | |
| 217 | NormanKoch – yt5s.com-DC 1_6_21(2) | | | | |
| 217A | Still images from Exhibit 217 | | | | |
| 218 | Alyssa Byrnes Open Source | | | | |
| 218A | Still images from Exhibit 218 | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 219 | New Footage_January 6 Capitol Hill Protest – Shot on BMPCC4K BRAW_4K60p | | | | |
| 219A | Still images from Exhibit 219 | | | | |
| 220 | Leddysetgo – yt5s.com-In the Hall of the MAGA King (Save America edition) | | | | |
| 221 | IMG_4721_x264 | | | | |
| 222 | IMG_6671 | | | | |
| | | | | | |
| *SnapChat – Jonah Westbury Account* | | | | | |
| 300 | Snapchat Subscriber Information ID: Jonah1377 and Phone #: (651)210-4447 | | | | |
| 301 | Memories~~2021-01-05-19-45-24UTC~jonah1377…c83 | | | | |
| 302 | Memories~~2021-01-05-19-45-24UTC~jonah1377…526 | | | | |
| 303 | Memories~~2021-01-05-19-45-24UTC~jonah1377…4a9 | | | | |
| 304 | Memories~~2021-01-05-20-45-46UTC~jonah1377…dd5 | | | | |
| 305 | Memories~~2021-01-05-20-45-46UTC~jonah1377…f07 | | | | |
| 306 | Memories~~2021-01-05-20-45-46UTC~jonah1377…0f2 | | | | |
| 307 | Memories~~2021-01-06-19-33-37UTC~jonah1377… e87 | | | | |
| 308 | Memories~~2021-01-06-19-40-57UTC~jonah1377…685 | | | | |
| 309 | Memories~~2021-01-06-19-40-57UTC~jonah1377…840 | | | | |
| 310 | Memories~~2021-01-06-19-43-06UTC~jonah1377…08e | | | | |
| 311 | Memories~~2021-01-07-03-09-10UTC~jonah1377…022 | | | | |
| 312 | Memories~~2021-01-07-03-09-13UTC~jonah1377…06d | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 313 | Memories~~2021-01-07-03-10-03UTC~jonah1377…efe | | | | |
| 314 | Memories~~2021-01-07-03-12-09UTC~jonah1377…7ff | | | | |
| 315 | Memories~~2021-01-07-03-12-30UTC~jonah1377…6ce | | | | |
| 316 | Memories~~2021-01-07-03-12-41UTC~jonah1377…ed6 | | | | |
| 317 | Memories~~2021-01-06-13-41-45UTC~jonah1377…19f | | | | |
| 318 | Memories~~2021-01-06-16-57-57UTC~jonah1377…2c3 | | | | |
| 319 | Memories~~2021-01-06-16-57-57UTC~jonah1377…661 | | | | |
| 320 | Memories~~2021-01-06-18-11-42UTC~jonah1377…c80 | | | | |
| 321 | Memories~~2021-01-06-18-11-42UTC~jonah1377…51a | | | | |
| 322 | Chat~media_v4~2021-01-06-01-37-25UTC~dustinrhodes99~jonah1377…AB~1 | | | | |
| 323 | Chat~media_v4~2021-01-07-16-03-10UTC~jonah1377…BB~1 | | | | |
| 324 | Snapchat Chats re: Account jonah1377 (January 5, 2021 – January 7, 2021) | | | | |
| 325 | Snapchat Inc. Business Records Certification | | | | |
| *UNITED STATES SECRET SERVICE* | | | | | |
| 400 | Lanelle Hawa January 5, 2021 Email | | | | |
| 401 | USSS Head of State Notification Worksheet | | | | |
| 402 | CCTV Recording Motorcade Moving East Side of the Capitol | | | | |
| 403 | CCTV Recording Evacuation of VP Pence | | | | |
| 404 | USSS Radio Run | | | | |
| *METROPOLITAN POLICE DEPARTMENT BWC VIDEO* | | | | | |
| 500 | MPD BWC Recording 20210106_-_FELONY_RIOTS_US_CAPITOL_BUILDING | | | | |
| 500A | Still images from Exhibit 500 | | | | |
| 501 | MPD BWC Recording BJFT | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| 502 | MPD BWC Recording BODY CAM BJFT | | | | |
| 502A | MPD BWC Recording BODY CAM BJFT Still image from Exhibit 502 at 16:28:37 | | | | |
| 502A | MPD BWC Recording BODY CAM BJFT Still image from Exhibit 502 at 16:28:38 | | | | |
| 502A | MPD BWC Recording BODY CAM BJFT Still image from Exhibit 502at 16:28:40 | | | | |
| 502A | MPD BWC Recording BODY CAM BJFT Still image from Exhibit 502 at 16:28:41 | | | | |
| 503 | MPD BWC Recording BJJV | | | | |
| 504 | MPD BWC Recording BJ8Z | | | | |
| 505 | MPD BWC Recording BF8M | | | | |
| 505A | Still images from Exhibit 505 | | | | |
| 506 | MPD BWC Recording BHJ1 | | | | |
| 506A | Still image from Exhibit 506 | | | | |
| 507 | MPD BWC Recording Body Cam BHJ1 | | | | |
| 508 | MPD BWC Recording BLOC | | | | |
| | | | | | |
| | | | | | |
| *AARON JAMES CELLPHONE* | | | | | |
| 600 | Cellebrite Extraction Report re: 1B5 Samsung Galaxy Note 20 Aaron James - Summary | | | | |
| 601 | Cellebrite Extraction Report re: 1B5 Samsung Galaxy Note 20 Aaron James – Native Messages #20-27 dated January 6-12, 2021 | | | | |
| 602 | Cellebrite Extraction Report re: 1B5 Samsung Galaxy Note 20 Aaron James – Native Messages #39-58 dated January 21- April 13, 2021 | | | | |
| 603 | Cellebrite Extraction Report re: 1B5 Samsung Galaxy Note 20 Aaron James – Images and Videos | | | | |
| 604 | 20210106_142927 Recording | | | | |
| 605 | 20210106_144049 Recording | | | | |
| 606 | 20210106_150711 Recording | | | | |
| 607 | 20210106_160316 Recording | | | | |
| 608 | 20210106_150621_02 Recording | | | | |
| 609 | 20210106_150621_06 Recording | | | | |
| 610 | Cellebrite - Messages | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| | *JONAH WESTBURY CELLPHONE* | | | | |
| 700 | Cellebrite Extraction Report re: 1B1 Samsung Galaxy Note 10+ | | | | |
| 701 | 1610054091.4-dc870b486…kBI Recording | | | | |
| 702 | Intentionally left blank | | | | |
| 703 | Intentionally left blank | | | | |
| 704 | Intentionally left blank | | | | |
| 705 | Belair Drive, Lindstrom, MN Search Warrant Photos | | | | |
| | | | | | |
| | *ISAAC WESTBURY CELLPHONE* | | | | |
| 800 | Cellebrite Extraction Report re: 1B6 Samsung Galaxy S10e | | | | |
| 801 | Image 1515 – Robert Westbury and Isaac Westbury | | | | |
| 802 | Image 1523 – Aaron James and Isaac Westbury | | | | |
| 803 | Intentionally left blank | | | | |
| 804 | Intentionally left blank | | | | |
| 805 | Intentionally left blank | | | | |
| | | | | | |
| | *ROBERT WESTBURY CELLPHONE* | | | | |
| 900 | Cellebrite Report re: 1B9 Samsung Galaxy A10e | | | | |
| 901 | Intentionally left blank | | | | |
| | | | | | |
| | *LEGAL AUTHORITY* | | | | |
| 1000 | U.S. Constitution, Amendment XII | | | | |
| 1001 | 3 U.S.C. § 15 | | | | |
| 1002 | 3 U.S.C. § 16 | | | | |
| 1003 | 3 U.S.C. § 17 | | | | |
| 1004 | 3 U.S.C. § 18 | | | | |
| 1005 | Concurrent Resolution | | | | |
| 1006 | Congressional Records House of Representatives 117th Session | | | | |
| 1007 | Congressional Records Senate 117th Session | | | | |
| | | | | | |
| | *STIPULATIONS (Tentative)* | | | | |
| | | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *PHYSICAL EVIDENCE* | | | | | |
| 1200 | United States Capitol Police Department Riot Shield | | | | |