UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| | : | |
| ISAAC WESTBURY, | : | |
| AARON JAMES, | : | |
| ROBERT WESTBURY, and | : | |
| JONAH WESTBURY, | : | |
| | : | |
| Defendants. | | |

## DEFENDANT'S TRIAL EXHIBITS

\* - Denotes exhibits produced to the Government but were not included on the Exhibit List from the Defendants. The Government objects to the introduction of any exhibit not provided for review and analysis.

\*\* - Denotes exhibits not produced to the Government. The Government objects to the introduction of any exhibit not provided for review and analysis.

\*\*\* - Denotes exhibit produced by the defendants but which is inaccessible due to unknown file extension. The Government objects to the introduction of any such exhibit not provided for review and analysis.

The Government further reserves the right to raise additional evidentiary objections if or when additional exhibits are provided by the defense.

| _Ex. No._ | _Description of Exhibit_ | _FRE Objection(s) by the Government_ |
|---|---|---|
| 1\*\* | Slideshow of Photos of Defendant & Family or Friends | 401, 403, 404 |
| 2 | CDU Operational Plan for the USCP | 401, 403 |
| 3\*\*\* | OPR Interview with Inspector Robert Glover | 401, 403, 801, 802 |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | 401, 403, 802 |
| 5[1] | DC-001-00000001[37] | |
| 6 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | 401, 403, 802 |
| 7 | Photo of Stop Pence and Trump Protest Flyer | 401, 403 |
| 8 | Schedule for Wednesday January 6th 2021 | 401 |
| 9 | Open Source Video Protestors 3 | 401, 403 |

EXHIBIT 4

---
[1] Defense exhibit 5 has a duplicate in the exhibit production.

| | | |
|---|---|---|
| 10 | U.S. Capitol Grounds Demonstration Area Map | |
| 11*** | USCP-011-00055405_image | 401, 403, 802, 901 |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | 401, 403 |
| 13 | USCPJanuary-6-Timeline[25142] | |
| 14*** | gao-22-104829[25148] | |
| 15*** | MPD-001-00000034[25146] | |
| 16 | DC-FirstAmendment | 401, 403 |
| 17 | USCPJan.6Timeline[25122] | |
| 18 | Open source video of J6 2 | |
| 19 | Open source video of J6 3 | |
| 20*** | Open source video of J6 4 | |
| 21 | Open source video of J6 5 | |
| 22 | Open Source Video of J6 6 | |
| 23*** | Open source video of J6 7 | |
| 24 | 5 Demonstration Permits for J6 | |
| 25*** | Crosstabs DC 011822[25099] | |

| | | |
|---|---|---|
| 26[2] | Pictures and Videos pertaining to #NWScaffoldCommander | 401, 802 |
| 27[3] | Open Source Footage of Officer misconduct | 401, 403, 802 |
| 28*** | Photos of protestor injuries | 401 |
| 29 | Officers Shooting at Protestors from Above | |
| 30 | covering_riot_control_in_the_united_states_0 (1) | 401, 802 |
| 31 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | |
| 32 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | 401, 802 |
| 33 | Impact_Munitions_Guide_ENGLISH | 401, 802 |
| 34 | RiotID_Guide_ENGLISH | 401, 802 |
| 35 | Letter from VP Pence | |
| 36 | rubber bullets from above 2.mp4 | 401, 403 |
| 37 | Firing Rubber Bullets from above.mp4 | 401, 403 |
| 38*** | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | 401, 403, 802 |
| 39 | Open Source Video Protestors 1 | |
| 40 | Open Source Video Protestors 2 | |
| 41 | Photos and Videos regarding Pipe Bomb Suspect | 401, 403, 802 |

---

[2] There is a discrepancy between the defense exhibit 26 on the Defendants' proposed exhibit list (i.e., Pictures and Videos pertaining to #NWScaffoldCommander) versus the defense exhibit produced to the Government as exhibit 26, which is described as Police bodycam.mp4.

[3] There is a discrepancy between the defense exhibit 27 on the Defendants' proposed exhibit list (i.e., Open Source Footage of Officer misconduct) versus the defense exhibit produced to the Government as exhibit 27, which is described as Video Jan 06 2021, 2 32 24 PM.mov.

| 42 | Pictures and Videos pertaining to #redonredglasses | 401, 403 |
|---|---|---|
| 43 | Open source video of J6 1 | |
| 44 | Capitol Police Manuals | |
| 45[4] | Capitol CCTV Footage | 401 |
| 46** | BWC Camera Footage of Henry Foulds | |
| 47* *** | Montage of protestor telling people to go to Capitol | |
| 47.1* *** | Page 50-1 Epps Article.1 Page 501- Epps Article.1 Page 50-1 Epps Article | |
| 47.2* | CAP06-000593217.mp4 | 401, 403, 802 |
| 48* | Protestor 1 – Ehmke Arrest.mp4 | |
| 48.1* | Protestor 2.mp4 | |
| 48.2* | Protestor 5 Broken Glass.mp4 | |

---

[4] There is a discrepancy between exhibit 45 on the Defendants' proposed exhibit list (i.e., Capitol CCTV Footage) versus the defense exhibit produced to the Government as exhibit 45, which is described as MAGA+MAP+GUIDE+V6-compressed (1)[2305843009245467412].

| | | |
|---|---|---|
| 48.3* | Protestor 14 Police Retreating – UC 1.mp4 | |
| 48.4* | Protestor 15 – Pushed Inside – UC 2.mp4 | |
| 52*<br>*** | Screenshot 2023 November 08 06-35 | |
| **[5] | BWC Camera Footage of Jeremy Kniseley | |
| ** | BWC Camera Footage of Eric Coates | |
| ** | BWC Camera Footage of Frank Barnes | |
| ** | BWC Camera Footage of Jason Bagshaw | |
| ** | BWC Camera Footage of Michael Dowling | |
| ** | BWC Camera Footage of Steven Sajumon | |
| ** | BWC Camera Footage of Carter Moore | |
| ** | BWC Camera Footage of Lila Morris | |

---

[5] In the exhibit list provided to the Government, the Defendants did not provide exhibit numbers for the remaining exhibits.

| | | |
|---|---|---|
| ** | BWC Camera Footage of J Albright | |
| ** | BWC Camera Footage of Daniel Thau | |
| ** | BWC Camera Footage of Michael Fanone | |
| ** | BWC Camera Footage of Steven Sharp | |
| ** | BWC Camera Footage of Andrew Wayte | |
| ** | BWC Camera Footage of Anthony Alioto | |
| ** | BWC Camera Footage of Jason Mastony | |
| ** | BWC Camera Footage of W. Bogner | |
| ** | BWC Camera Footage of T. Ramadhan | |
| ** | BWC Camera Footage of Jerimiah Johnson | |
| ** | BWC Camera Footage of MPD Officer Huff | |
| ** | BWC Camera Footage of George Donigian | |

| | | |
|---|---|---|
| ** | Montage of Protestor telling people to go to Capitol | |
| ** | Videos from Bobby Powell | |
| ** | Open Source Footage J6 1 | |
| ** | Open Source Footage J6 2 | |
| ** | Open Source Footage J6 3 | |
| ** | Open Source Footage J6 4 | |
| ** | Open Source Footage J6 5 | |
| ** | Open Source Footage J6 6 | |
| ** | Open Source Footage J6 7 | |
| ** | Open Source Footage J6 8 | |
| ** | Open Source Footage J6 9 | |
| ** | Open Source Footage J6 10 | |

| | | |
|---|---|---|
| ** | Open Source Footage J6 11 | |
| ** | Open Source Footage J6 12 | |
| ** | Open Source Footage J6 13 | |
| ** | Open Source Footage J6 14 | |
| ** | Open Source Footage J6 15 | |
| ** | Open Source Footage J6 16 | |
| ** | Open Source Footage J6 17 | |
| ** | Open Source Footage J6 18 | |
| ** | Open Source Footage J6 19 | |
| ** | Open Source Footage J6 20 | |
| ** | Open Source Footage J6 21 | |
| ** | Open Source Footage J6 22 | |

| | | |
|---|---|---|
| ** | Open Source Footage J6 23 | |
| ** | Open Source Footage J6 24 | |
| ** | Open Source Footage J6 25 | |
| ** | Open Source Footage J6 26 | |
| ** | Open Source Footage J6 27 | |
| ** | Open Source Footage J6 28 | |
| ** | Open Source Footage J6 29 | |
| ** | Open Source Footage J6 30 | |
| ** | Open Source Footage J6 31 | |
| ** | Open Source Footage J6 32 | |
| ** | Open Source Footage J6 33 | |
| ** | Open Source Footage J6 34 | |

| ** | Open Source Footage J6 35 | |
|---|---|---|
| ** | Open Source Footage J6 36 | |
| ** | Open Source Footage J6 37 | |
| ** | Open Source Footage J6 38 | |
| ** | Open Source Footage J6 39 | |
| ** | Open Source Footage J6 40 | |
| ** | Open Source Footage J6 41 | |
| ** | Open Source Footage J6 42 | |
| ** | Open Source Footage J6 43 | |
| ** | Open Source Footage J6 44 | |
| ** | Open Source Footage J6 45 | |
| ** | Open Source Footage J6 46 | |

| | | |
|---|---|---|
| ** | Open Source Footage J6 47 | |
| ** | Open Source Footage J6 48 | |
| ** | Open Source Footage J6 49 | |
| ** | Open Source Footage J6 50 | |
| ** | Open Source Footage J6 51 | |
| ** | Open Source Footage J6 52 | |
| ** | Open Source Footage J6 53 | |
| ** | Open Source Footage J6 54 | |
| ** | Footage from Epoch Times 1 | |
| ** | Footage from Epoch Times 2 | |
| ** | Footage from Epoch Times 3 | |
| ** | Footage from Epoch Times 4 | |

| | | |
|---|---|---|
| ** | Footage from Epoch Times 5 | |
| | Reserved | |

*/s/* JOHN M. PIERCE
John Pierce LAW P.C.
21550 Oxnard Street, 3rd Floor, PMB 172 Woodland Hills, CA 91367
(213) 279-7846  jpierce@johnpiercelaw.com
*Attorney for Defendant*