UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-605-01 (RC) |
| | : | |
| ISAAC WESTBURY, | : | |
| | : | |
| Defendant. | : | |

## VERDICT OF THE JURY

We, the members of the jury, unanimously find the defendant **Isaac Westbury**:

_____ of the offense charged in Count 2 of the Second Superseding Indictment (Civil Disorder – 18 U.S.C. § 231(a)(3))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 3 of the Second Superseding Indictment (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon – 18 U.S.C. § 111(a)(1) and (b) and 2)
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 4 of the Second Superseding Indictment (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(1))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 6 of the Second Superseding Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(2))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 8 of the Second Superseding Indictment (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(4) and (b)(1)(A))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 9 of the Second Superseding Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 10 of the Second Superseding Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))
"Guilty" or "Not Guilty"

EXHIBIT 6

Page **1** of **2**

_____ of the offense charged in Count 11 of the Second Superseding Indictment (Parading, Demonstrating, or Picketing in a Capitol Building – 40 U.S.C. § 5104(e)(2)(G))
"Guilty" or "Not Guilty"

Signed this _____ day of _____, 2024.

_____
Presiding Juror

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-605-02 (RC) |
| | : | |
| **AARON JAMES,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT OF THE JURY

We, the members of the jury, unanimously find the defendant **Aaron James**:

_____ of the offense charged in Count 1 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Civil Disorder – 18 U.S.C. § 231(a)(3))

_____ of the offense charged in Count 2 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Civil Disorder – 18 U.S.C. § 231(a)(3))

_____ of the offense charged in Count 3 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon – 18 U.S.C. § 111(a)(1) and (b) and 2)

_____ of the offense charged in Count 4 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(1))

_____ of the offense charged in Count 6 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(2))

_____ of the offense charged in Count 8 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Act of Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon – 18 U.S.C. § 1752(a)(4) and (b)(1)(A))

_____ of the offense charged in Count 9 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))

_____  of the offense charged in Count 10 of the Second Superseding Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))
"Guilty" or "Not Guilty"

_____  of the offense charged in Count 11 of the Second Superseding Indictment (Parading, Demonstrating, or Picketing in a Capitol Building – 40 U.S.C. § 5104(e)(2)(G))
"Guilty" or "Not Guilty"

Signed this _____ day of _____, 2024.


_____
Presiding Juror

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-CR-605-03 (RC) |
| : | |
| **ROBERT WESTBURY,** : | |
| : | |
| **Defendant.** : | |

## VERDICT OF THE JURY

We, the members of the jury, unanimously find the defendant **Robert Westbury**:

_____ of the offense charged in Count 5 of the Second Superseding Indictment (Entering and Remaining in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(1))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 7 of the Second Superseding Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(2))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 9 of the Second Superseding Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))
"Guilty" or "Not Guilty"

_____ of the offense charged in Count 11 of the Second Superseding Indictment (Parading, Demonstrating, or Picketing in a Capitol Building – 40 U.S.C. § 5104(e)(2)(G))
"Guilty" or "Not Guilty"

Signed this _____ day of _____, 2024.

_____
Presiding Juror

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-605-04 (RC) |
| | : | |
| **JONAH WESTBURY,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT OF THE JURY

We, the members of the jury, unanimously find the defendant **Jonah Westbury**:

_____   of the offense charged in Count 5 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Entering and Remaining in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(1))

_____   of the offense charged in Count 7 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Disorderly and Disruptive Conduct in a Restricted Building or Grounds – 18 U.S.C. § 1752(a)(2))

_____   of the offense charged in Count 9 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Disorderly Conduct in a Capitol Building – 40 U.S.C. § 5104(e)(2)(D))

_____   of the offense charged in Count 11 of the Second Superseding
"Guilty" or "Not Guilty"   Indictment (Parading, Demonstrating, or Picketing in a Capitol Building – 40 U.S.C. § 5104(e)(2)(G))

Signed this _____ day of _____, 2024.


_____
Presiding Juror