**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| **ISAAC WESTBURY,** | : | |
| **AARON JAMES,** | : | |
| **ROBERT WESTBURY, and** | : | |
| **JONAH WESTBURY,** | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G): EXPERT WITNESSES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 regarding expert witnesses:

Federal Rule of Evidence 702 provides that:

A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:

    (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

    (b) the testimony is based on sufficient facts or data;

    (c) the testimony is the product of reliable principles and methods; and

    (d) the expert has reliably applied the principles and methods to the facts of the case.

The Government will call Elizabeth Livingston as an expert witness in its case-in-chief. Elizabeth Livingston is a digital forensic examiner for the Federal Bureau of Investigation. Her

testimony will include: a.) her background, training, and experience; b.) procedures used for the forensic examinations; and c.) an explanation of the findings as captured in the forensic reports. Her curriculum vitae is provided herein. *See* Livingston CV (attached as Government Exhibit 1).

Although the United States does not believe that cellphone extraction testimony is expert testimony under the Federal Rules of Evidence,[1] out of an abundance of caution the United States is providing notice that, absent a signed stipulation between the parties, it intends to offer the testimony of Elizabeth Livingston who extracted data from cell phones seized in connection with this case using forensic tools.

She is expected to testify as to the process used to extract data from the cell phones they analyzed using the forensic tools documented in the Cellebrite reports, and the reliability of the obtained data. Her anticipated testimony regarding reliability is based on her experience of comparing what is extracted by the forensic tools to the data as it exists on phones she has analyzed. As such, Ms. Livingston is expected to offer the opinion that the extracted data was recorded, taken, or made on the date and time reflected in the cellphone extraction report(s).

Elizabeth Livingston has testified two times as a witness at trial or by deposition during the previous four years. In August 2023, she testified in *United States v. John Walz*, District of Minnesota, Case number 23-cr-159. In November 2021, she testified in *United States v. Nathan Peachey, et al.*, District of South Dakota, Case No. 4:19-cr-40097. She also has not authored any publications in the previous ten years.

The Government respectfully requests the opportunity to submit additional or supplemental

---

[1] *See United States v. McLeod*, 755 Fed. Appx. 670, 673-74 (9th Cir. 2019) (unpublished) (district court did not abuse its discretion by admitting testimony without requiring compliance with Rule 702 where witness testified about what Cellebrite does, how he used it to extract information from a cell phone, and how he could select what data to extract); *United States v. Seugasala*, 702 F. App'x 572, 575 (9th Cir. 2017) (unpublished) ("The officers who followed the software prompts from Cellebrite and XRY to obtain data from electronic devices did not present testimony that was based on technical or specialized knowledge that would require expert testimony.")

briefing should they become necessary.

Date: January 22, 2024

                                                                                Respectfully submitted,

                                                         MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/ Cytheria D. Jernigan
          CYTHERIA D. JERNIGAN
          Assistant United States Attorney
          D.C. Bar No. 494742
          Detailed to the United States Attorney's Office for the District of Columbia
          Phone: (318) 676-3611
          Cytheria.Jernigan@usdoj.gov

          Andrew S. Haag
          Assistant United States Attorney
          MA Bar No. 705425
          601 D Street, NW
          Washington, D.C. 20530
          Andrew.Haag@usdoj.gov

          /s/ Elizabeth Livington
          ELIZABETH LIVINGSTON
          Federal Bureau of Investigation